THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESTERN UNION TELEGRAPH COMPANY, Appellant, *v.* THE PUBLIC SERVICE COMMISSION FOR THE SECOND DISTRICT OF THE STATE OF NEW YORK et al., Respondents.

*People ex rel. Western Union Tel. Co.* v. *Public Service Commission,* 160 App. Div. 144, affirmed.

(Argued April 14, 1914; decided April 28, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 19,1914, which dismissed a writ of certiorari to review an order of the Public Service Commission forbidding relator to charge for additional words upon certain messages delivered by the Postal Telegraph Company to the relator for transmission to their destination.

*Rush Taggart* and *Edgar M. Cullen* for appellant.

*D-Cady Herrick, Ralph H. Overbaugh* and *William W. Cook* for Postal Telegraph Company, respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, CUDDEBACK and HOGAN, JJ. Not sitting: HISCOCK and CHASE, JJ.